UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JASON CAMACHO,

                Plaintiff,

    -against-                             ORDER

FRENKEL BENEFITS LLC,             17 Civ. 8784 (GBD)

                Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       February 20, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge